IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

         Petitioner,                No. CIV S-07-2411 MCE KJM P

    vs.

SUPERIOR COURT OF SHASTA COUNTY, et al.,

         Respondents.         <u>ORDER</u>

/

        Petitioner requests that this action be dismissed. Petitioner's request will be granted under Federal Rule of Civil Procedure 41(a). Petitioner also asks that the court's file for this matter be sealed. The court has reviewed the entire file and finds that petitioner fails to demonstrate cause to seal any of its contents.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This action is dismissed; and

        2. Petitioner's requests (docket nos. 9-12) that the court's file for this matter be sealed are denied.

DATED: March 19, 2008.

                                                 U.S. MAGISTRATE JUDGE

1/dd/jayn2411.110