1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL AARON JAYNE,

      Plaintiff,                      No. CIV S-07-2411 MCE KJM P

      vs.

SUPERIOR COURT OF SHASTA COUNTY, et al.,

      Defendants.              <u>ORDER</u>

/

      On March 26, 2008, plaintiff filed a document which the court construes as a request for reconsideration of the magistrate judge's order filed March 20, 2008 denying plaintiff's request that this file be sealed. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////
/////
/////
/////

1

1     Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed March 20, 2008, is affirmed.

 Dated: April 9, 2008

                                                MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE